MEMO ENDORSED

LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2021

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

January 8, 2021

**VIA ECF**

Hon. Valerie E. Caproni, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Campos et al v. 835 Fox St Realty, LLC et al*, 20 CV 7149 (VEC)

Dear Judge Caproni:

      This firm represents the plaintiff in the above-referenced action. The plaintiff, with defendants' consent, moves to extend the time to submit the settlement agreement and fairness letter from January 10, 2021, to January 25, 2021, and to adjourn the January 15, 2021, conference to January 29, 2021. This request for an extension of these deadlines is the first.

      The parties settled this matter in Court-appointed mediation. Since the mediation, the parties have exchanged many drafts of the settlement agreement and fairness letter. The parties, however, are still finalizing the form of the settlement agreement along with a few ancillary terms regarding the form and timeline of payment. The parties have nearly finalized the fairness letter as well. The parties request this additional time to finalize the settlement agreement, execute it, file it, and file the fairness letter.

      I thank the Court for its time and consideration.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri

Application GRANTED. The parties must submit the settlement agreement by **January 25, 2021.**

SO ORDERED.

*Valerie Caproni*

1/8/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

277 BROADWAY, SUITE 408, NEW YORK, N.Y. 10007-2036